# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-1813V

BISERA MURATOVIC,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: February 9, 2024

*Michael Andrew London, Douglas & London, P.C., New York, NY, for Petitioner.*

*Emilie Williams, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On September 7, 2021, Bisera Muratovic filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). She filed an amended petition on September 19, 2023, alleging that she suffered complex regional pain syndrome ("CRPS") which was caused-in-fact by the tetanus, diphtheria, acellular pertussis vaccine she received on September 17, 2018. Amended Petition at 1, ¶¶ 3-4, 8, ECF No. 31. Petitioner further alleged that she received the vaccine within the United States, that she continues to suffer the residual effects of her injury more than six months, and that neither she nor any other party has filed a civil

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

action or received compensation for her injury. *Id.* at ¶¶ 3, 7, 9. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On February 8, 2024, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case for her CRPS. Respondent's Rule 4(c) Report at 1. Specifically, Respondent has "concluded that [P]etitioner suffered CRPS, which was more likely than not caused by the administration of a Tdap vaccine in the left shoulder." *Id.* at 7. Respondent further states that "based on the records as it now stands, [P]etitioner has satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master